UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| DAVID GERRARD JEEP, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No. 4:14CV2009 DDN |
|  | ) |  |
| GOVERNMENT OF THE UNITED STATES, et al., | ) |  |
|  | ) |  |
|  | ) |  |
| Defendants. | ) |  |

**MEMORANDUM AND ORDER**

This matter is before the Court on review of plaintiff's complaint and motion for leave to proceed in forma pauperis. Under 28 U.S.C. § 1915(e), the Court is required to review the complaint and dismiss it if it is frivolous, malicious, or fails to state a claim upon which relief can be granted.

Plaintiff alleges that his rights were violated by a state family court judge in 2003, when the judge issued an order of protection barring him from contact with his ex-wife. The complaint is a longwinded, rambling diatribe about the unfairness of the courts and overreaching government powers. The complaint is substantially similar to several previous cases plaintiff has brought before the Court, all of which were dismissed pre-service. E.g., Jeep v. Government of the United States, 4:13CV2490 RWS (E.D. Mo.) (listing cases).

This Court lacks jurisdiction over family court matters. Kahn v. Kahn, 21 F.3d 859, 861 (8th Cir. 1994) ("The domestic relations exception . . . divests the federal courts of jurisdiction over any action for which the subject is a divorce, allowance of alimony, or child custody."). As a result, plaintiff's claims relating to the family court must be dismissed under Rule 12(h)(3) of the Federal Rules of Civil Procedure.

The remainder of plaintiff's claims are frivolous and malicious. The nature and tone of the allegations demonstrate that plaintiff's purpose is to harass the named defendants rather than vindicate a cognizable legal right. As a result, this action is dismissed with prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [ECF No. 2] is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** with prejudice.

Dated this 11th day of December, 2014.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE